IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES TERRY COOK, JR.                                                                                  PLAINTIFF

v.                                   Case No. 2:14-CV-02159

JAIL ADMINISTRATOR PETE PETERSON, Johnson
County Detention Center ("JCDC"); SHERIFF JIMMY
DORNEY, Johnson County, Arkansas; SGT. ALLIE
WILKERSON, JCDC; SGT. DOSS, JCDC
                                                                                                        DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 14) from United States Magistrate Judge James R. Marschewski. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects.

Accordingly, IT IS ORDERED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with an order of the Court and failure to prosecute this action.

Judgment will be entered accordingly.

IT IS SO ORDERED this 25th day of June, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE